# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| JEFFREY D. HAGERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:18-CV-382-PPS-MGG |
| | ) |
| ANDREW M. SAUL, Acting Commissioner of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The United States Magistrate Judge's Findings, Report and Recommendation [DE 24] were issued January 28, 2020, and the 14-day window within which to object has passed with no objections filed.

ACCORDINGLY,

Upon careful consideration of the magistrate judge's Findings, Report and Recommendation and the lack of objections thereto, the Findings, Report and Recommendation [DE 24] are ACCEPTED AND ADOPTED.

The final decision of the defendant Commissioner of Social Security denying plaintiff Jeffrey D. Hagerman's application for Social Security disability benefits is REVERSED, and the matter is REMANDED to the Commissioner for further proceedings consistent with the magistrate judge's analysis.

The Clerk shall enter judgment in favor of plaintiff and against the defendant.

ENTERED: February 18, 2020.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT